UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 23-1590, 23-1591, & 23-3045**

Public Interest Legal Foundation v. Sec. Commonwealth of Pennsylvania

**ORDER**

    The new appeal at 23-3045 is consolidated with the cross-appeals at 23-1590 and 23-1591 for the purpose of disposition. When briefing the new appeal, the parties should adopt portions of their prior briefs and the appendix in nos. 23-1590 and 23-1591 by reference if possible. See Federal Rule of Appellate Procedure 28(i).

    All cases opening forms, motions, briefs, and other documents should only be electronically filed in the appeal/(s) to which they relate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 20, 2023
PDB/cc: All Counsel of Record