

May 23, 2024

Patricia S. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE: Public Interest Legal Foundation v. Schmidt, Nos. 23-1590, 23-1591, 23-3045

Dear Ms. Dodszuweit:

    I will be presenting oral argument on behalf of Plaintiff-Appellee/Cross-Appellant Public Interest Legal Foundation in these matters, which are fully briefed. I write to respectfully request that oral argument not be scheduled during the week of August 5, 2024, due to a conflict with a scheduled vacation.

    Thank you for considering this request.

                      Sincerely,

                        /s/ Noel H. Johnson
                        Noel H. Johnson
                        Counsel for Public Interest Legal Foundation

107 S. West Street, Suite 700, Alexandria, Virginia 22314
Telephone: 703.745.5870  Fax: 888.815.5641  PublicInterestLegal.org