# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1590, 23-1591, 23-3045

Public Interest Legal Foundation vs. Schmidt

Calendar Date: 9/10/2024    Location: Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Noel H. Johnson

Designation of Arguing Counsel: Noel H. Johnson

Member of the Bar: [✓] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [✓] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Public Interest Legal Foundation

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)