# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1590, 23-1591, 23-3045

Public Interest Legal Foundation vs. Schmidt, et al.

Calendar Date: 09/10/2024    Location: Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Donna A. Walsh

Designation of Arguing Counsel: Donna A. Walsh

Member of the Bar:   [✔] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [✔] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [ ] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Al Schmidt, Secretary of the Commonwealth of PA and Jonathan Marks, Deputy Secretary for Elections and Commissions

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)