IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 23-1590 & 23-1591

PUBLIC INTEREST LEGAL FOUNDATION,

                Plaintiff-Appellee-Cross-Appellant

v.

SECRETARY OF THE COMMONWEALTH OF
PENNSYLVANIA and JONATHAN M. MARKS, in his
official capacity as Deputy Secretary for Elections and Commissions,

                Defendants-Appellants-Cross-Appellees

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

———————

UNOPPOSED MOTION OF THE UNITED STATES AS AMICUS CURIAE
TO PARTICIPATE IN ORAL ARGUMENT

———————

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), the United States respectfully seeks permission as amicus curiae to participate in oral argument in these appeals. In support of this motion, the United States provides as follows:

    1. On November 6, 2023, the United States filed its brief as amicus curiae.

    2. On July 12, 2024, this Court set oral argument in these appeals for September 10, 2024, in Philadelphia, Pennsylvania.

3. This case concerns Section 8(i) of the National Voter Registration Act, 52 U.S.C. 20507(i). The United States, through the Attorney General, has a direct role in enforcing Section 8(i). 52 U.S.C. 20510(a).

4. Because of the federal government's interest in the proper interpretation of Section 8(i), the United States filed a brief as amicus curiae in support of plaintiff-appellee Public Interest Legal Foundation on whether Section 8(i) requires disclosure of records relating to a State's efforts to find and remove from the rolls noncitizens who are registered to vote. The United States has a strong interest in the resolution of this issue and believes that its participation in oral argument will be helpful to the Court.

5. Counsel for plaintiff-appellee-cross-appellant consent to this motion and have agreed to cede five minutes of plaintiff-appellee-cross-appellant's argument time to the United States. As a result, the United States' participation in oral argument would not affect the overall time allotted for this case.

6. Counsel for defendants-appellants-cross-appellees do not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court grant it leave to participate as amicus curiae in oral argument in these appeals.

Respectfully submitted,

KRISTEN CLARKE
 Assistant Attorney General

s/ Noah B. Bokat-Lindell
TOVAH R. CALDERON
NOAH B. BOKAT-LINDELL
 Attorneys
 U.S. Department of Justice
 Civil Rights Division
 Appellate Section
 Ben Franklin Station
 P.O. Box. 14403
 Washington, D.C.  20044-4403
 (202) 598-0243

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify that the foregoing UNOPPOSED MOTION OF THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 264 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f);

(2) complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft Office 365, in 14-point Times New Roman font; and

(3) complies with the requirement of Local Rule 31.1(c) that the document has been scanned with Crowdstrike Endpoint Detection and Response Version 7.1.1713.0 and is virus-free according to that program

                                                            s/ Noah B. Bokat-Lindell
                                                            NOAH B. BOKAT-LINDELL
                                                              Attorney

Date:  August 5, 2024

## CERTIFICATE OF SERVICE

I certify that on August 5, 2024, I electronically filed the foregoing UNOPPOSED MOTION OF THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                        s/ Noah B. Bokat-Lindell
                                        NOAH B. BOKAT-LINDELL
                                            Attorney