UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1590/23-1591/23-3045

PUBLIC INTEREST LEGAL FOUNDATION,
                              Appellant in 23-1591

v.

SECRETATY COMMONWEALTH OF PENNSYLVANIA;
JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions; BUREAU OF COMMISSIONS ELECTIONS & LEGISLATION

Secretary Commonwealth of Pennsylvania, Jonathan M. Marks,
                       Appellants in 23-1590/23-3045

(M.D. Pa. No. 1-19-cv-00622)

Present: CHAGARES, Chief Judge, ROTH and RENDELL, Circuit Judges

Unopposed Motion of the United States as Amicus Curiae to Participate in Oral Argument.

                                                    Respectfully,
                                                    Clerk/PM

_____ORDER_____
The foregoing motion is hereby granted.

                                                    By the Court,

                                                   s/Michael A. Chagares
                                                   Chief Circuit Judge

**Dated:**       **08/27/2024**
**PM/cc:**      **All Counsel of Record**