9:30 A.M.
THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)

WEDNESDAY, SEPTEMBER 11, 2024

Coram: CHAGARES, Chief Judge, *ROTH and RENDELL, Circuit Judges

*ZOOM CONFERENCE

No. 23-3246

BRANDY S. CUFF,
Appellant
v.
COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF CORRECTIONS

| Counsel for Appellant | Counsel for Appellees |
|---|---|
| JOSHUA J. COCHRAN | HANNAH KOGAN |
| (15 minutes per Court) | (15 minutes per Court) |

───────────────────────────────────────────────

Nos. 23-1590/23-1591/23-3045

PUBLIC INTEREST LEGAL FOUNDATION
v.
SECRETARY COMMONWEALTH
OF PENNSYLVANIA; et al.

Secretary Commonwealth of Pennsylvania;
Jonathan M. Marks,
Appellants in 23-1590

___

THE PUBLIC INTEREST LEGAL FOUNDATION,
Appellant in 23-1591
v.
SECRETARY COMMONWEALTH
OF PENNSYLVANIA; et al.

Continued…

PAGE TWO – CONTINUED　　　　　　　　WEDNESDAY, SEPTEMBER 11, 2024

Coram: CHAGARES, Chief Judge, *ROTH and RENDELL, Circuit Judges

Nos. 23-1590/23-1591/23-3045 (Continued)

PUBLIC INTEREST LEGAL FOUNDATION
v.
SECRETARY COMMONWEALTH
OF PENNSYLVANIA; et al.

Secretary Commonwealth of Pennsylvania;
Jonathan M. Marks,
Appellants in 23-3045

| Counsel for Appellants/<br>Cross – Appellee | Counsel for Appellees/<br>Cross - Appellant |
|---|---|
| DONNA A. WALSH | NOEL H. JOHNSON<br>[Public Interest Legal Foundation]<br>(10 minutes per Court) |
|  | NOAH BOKAT-LINDELL<br>[United States of America]<br>(5 minutes per Court) |
| (15 minutes per Court) | (15 minutes Total Court Time) |

No. 24-1017

JAMES CARLO QUISENBERRY
v.
JON T. RIDGE, Washington County Chief
Probation and Parole Officer; et al.

| Counsel for Appellant | Counsel for Appellee |
|---|---|
| WAYNE A. ELY | SARAH E. COBBS |
| (15 minutes per Court) | (15 minutes per Court) |