## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| **THE PUBLIC INTEREST LEGAL FOUNDATION,** | : | No. 23-1590, No. 23-1591, No. 23-3045 |
| | : | |
| **Plaintiff- Appellee - - Cross Appellant** | : : : | |
| | : | |
| v. | : | |
| | : | |
| **SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA;** **JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions,** **BUREAU OF COMMISSIONS ELECTIONS & LEGISLATION** | : : : : : : : : : : | |
| | : | |
| **Defendants – Appellants – Cross-Appellees** | : : | |

### UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING EN BANC

Plaintiff – Appellee – Cross-Appellant respectfully requests a 21-day extension of time to file a Petition for Rehearing En Banc. Counsel for the Defendants – Appellants – Cross-Appellees stated that they do not oppose this request. In support, undersigned counsel avers as follows:

1. On April 24, 2025, this Court issued a precedential opinion in this matter, vacating the District Court's orders and remanding with instructions to the District Court to dismiss the case.

2. The Public Interest Legal Foundation plans to seek rehearing en banc.

3. Pursuant to Fed.R.App.P. 35 and 40, the petition for rehearing en banc is currently due by May 9, 2025.

4. Undersigned counsel respectfully requests an additional three weeks due to overlapping deadlines in the matter of *Public Interest Legal Foundation v. Knapp*, No. 25-1128 (4th Cir.) and *Public Interest Legal Foundation v. Wolfe*, No. No. 24-3258 (7th Cir.), and the pre-planned out of office schedules of two attorneys in this matter.

5. Additionally, various parties, including the United States of America, participated in this case as *amici*. Additional time will provide these parties sufficient time to review the Court's precedential decision and prepare an *amicus* filing.

WHEREFORE, the Public Interest Legal Foundation respectfully requests a three week extension of time to file a petition for rehearing, i.e., until May 30, 2025.

                                        Respectfully submitted,

                                        */s/ Linda A. Kerns*
                                        _____
                                        Linda A. Kerns
                                        Law Offices of Linda A. Kerns, LLC
                                        1420 Locust Street, Suite 200
                                        Philadelphia, PA 19102

Tel: 215-731-1400
Fax: 215-701-4154
linda@lindakernslaw.com

Noel H. Johnson
Kaylan Phillips
107 S. West Street, Suite 700
Alexandria, VA 22314
Tel: 703-745-5870
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org

Counsel for Plaintiff,
Public Interest Legal Foundation

Dated:  April 28, 2025

# CERTIFICATE OF SERVICE

I, Linda A. Kerns, Counsel for The Public Interest Legal Foundation, do hereby certify that I have this day served the foregoing motion via CM/ECF on the following:

Daniel T. Brier
Donna A. Walsh
Myers Brier & Kelly
425 Biden Street
Suite 200
Scranton, PA 18503
*Counsel for Defendants – Appellants – Cross- Appellees*

Noah Bokat-Lindell
United States Department of Justice
Civil Rights Division, Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044
*Counsel for Amicus Appellee – United States of America*

James F. Peterson
425 Third Street, S.W.
Suite 800
Washington, DC 20024
*Counsel for Amicus Appellee – Judicial Watch Inc.*

Jonathon P. Hauenschild
4201 Wilson Boulevard
Suite 110-315
Arlington, VA 22203
*Counsel for Amicus Appellee – Lawyers Democracy Fund*

Brian C. Frontino
Matthew D. Klayman
John P. Lavelle, Jr.
Morgan Lewis & Bockius
2222 Market Street
12th Floor
Philadelphia, PA 19103
*Counsel for Amicus Appellant – League of Women Voters of Pennsylvania*

*/s/ Linda A. Kerns*

LINDA A. KERNS
Counsel for The Public Interest Legal Foundation

Date: April 28, 2025