# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## BILL OF COSTS

C.A. No. <u>23-3045</u>

Caption: <u>The Public Interest Legal Foundation v. Secretary of the Commonwealth, et al.</u>

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $505.00 | |
| Brief | 9 | 25 | .10 | 4.00 | .15 | | $59.85 | |
| Reply Brief | 9 | 12 | .10 | 4.00 | .15 | | $48.15 | |
| Appendix | 6 | 32 | .10 | | | | $19.20 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $632.20 | $ |

Brief Produced by Reproduction: ☐          Brief Produced by Photocopy: X

In House: X

Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, _Donna A. Walsh_ , do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_signature_
Signature
Attorney for: _Secretary of the Commonwealth &
Deputy Secretary for Elections & Commission_

Date: _May 9, 2025_

**A certificate of service must accompany this form.**

## CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing

Bill of Costs was served upon the following counsel of record via the Court's ECF

System on this 9th day of May 2025:

Noel H. Johnson, Esquire
Kaylan Phillips, Esquire
Public Interest Legal Foundation
107 S. West Street, Suite 700
Alexandria, VA  22314

Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, LLC
1420 Locust Street, Suite 200
Philadelphia, PA  19102

Donna A. Walsh