**Nos. 23-1590, 23-1591 & 23-3045**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

_____

**PUBLIC INTEREST LEGAL FOUNDATION,**

**Appellee/Cross-Appellant,**

**v.**

**SECRETARY OF COMMONWEALTH OF PENNSYLVANIA
AL SCHMIDT and JONATHAN M. MARKS, DEPUTY
SECRETARY FOR ELECTIONS AND COMMISSIONS,**

**Appellants/Cross-Appellees.**

_____

**RESPONSE TO MOTIONS OF AMERICA FIRST POLICY
INSTITUTE AND RESTORATION NEWS FOR LEAVE TO FILE
_AMICUS CURIAE_ BRIEFS IN SUPPORT OF APPELLEE/CROSS-
APPELLANT'S PETITION FOR REHEARING _EN BANC_**

_____

Daniel T. Brier
Donna A. Walsh
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA  18503

Attorneys for Appellants/Cross-Appellees,
Secretary of the Commonwealth Al Schmidt
and Deputy Secretary for Elections and
Commissions Jonathan M. Marks

Appellants/Cross-Appellees Secretary of the Commonwealth Al Schmidt and Deputy Secretary for Elections and Commissions Jonathan M. Marks respectfully submit that the motions of America First Policy Institute ("AFPI") and Restoration News (collectively, "Proposed *Amici*") for leave to participate as *amici* should be denied because Proposed *Amici* (who did not participate as *amici* at the merits stage) largely repeat the same arguments advanced by Appellee/Cross-Appellant Public Interest Legal Foundation ("PILF"). *See* Restoration News Br. at 2-6, 8-10; AFPI Br. at 3-5, 8-11, 13. Like PILF, Proposed *Amici* fail to acknowledge the May 6, 2025 decision by the Sixth Circuit which cited the panel decision in this case and found that PILF similarly lacked standing based on "nearly *identical* injuries" as those claimed by PILF here. *See Public Int. Legal Found. v. Benson*, 136 F.4th 613, 632 (6th Cir. 2025) (emphasis in original).

To the extent Restoration News misapprehends federal jurisdiction in also arguing that the informational injury doctrine infringes on the First Amendment, Restoration News Br. at 6-11, that argument was not advanced by PILF and is not properly raised by an *amicus* in support of rehearing. *See A.D. Bedell Wholesale Co., Inc. v. Philip Morris Inc.*, 263 F.3d 239, 266 (3d Cir. 2001) ("[N]ew issues raised by an amicus are not properly before the court in the absence of exceptional circumstances.") (citations and internal quotation marks omitted).

Further, the policy arguments advanced by AFPI at pages 3-8 and 12-13 have no bearing on proper interpretation of the injury-in-fact requirement in Article III or the standard for rehearing *en banc* and therefore are not relevant.

For these reasons, leave to participate as *amici* should be denied.

Respectfully submitted,

/s/ Donna A. Walsh
Daniel T. Brier
Donna A. Walsh

Attorneys for Appellants/Cross-Appellees, Secretary of the Commonwealth Al Schmidt and Deputy Secretary for Elections and Commissions Jonathan M. Marks

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  June 16, 2025

## CERTIFICATE OF COMPLIANCE AND
## VIRUS SCAN CERTIFICATION

Pursuant to Rule 32(g)(1) of the Federal Rules of Appellate Procedure, I hereby certify that this Response complies with the type-volume limitations of Fed. R. App. P. 27(d)(1)(E) and 27(d)(2)(A). Specifically, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this Response contains 275 words in 14-point Times New Roman font as determined by the word-counting feature of Microsoft Word.

A virus scan was run on the electronic copy of this Response using Trend Micro Apex One and no viruses were detected.

/s/ Donna A. Walsh
Donna A. Walsh

Date:  June 16, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing

Response was served upon the following counsel of record via the Court's ECF

System and by electronic mail on this 16th day of June 2025:

Noel H. Johnson, Esquire
Kaylan Phillips, Esquire
Public Interest Legal Foundation
107 S. West Street, Suite 700
Alexandria, VA 22314

Linda A. Kerns, Esquire
Law Offices of Linda A. Kerns, LLC
1420 Locust Street, Suite 200
Philadelphia, PA 19102

Andrew Zimmitti, Esquire
Nicholas Wanic, Esquire
America First Policy Institute
Center for Litigation
1455 Pennsylvania Avenue, NW, Suite 225
Washington, DC 20004

Edward D. Greim, Esquire
Matthew R. Mueller, Esquire
Graves Garrett Greim LLC
110 Main Street, Suite 2700
Kansas City, MO 64105

Jason Lee, Esquire
U.S. Department of Justice
Civil Rights Division, Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403

/s/ Donna A. Walsh
Donna A. Walsh