UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1590, 23-1591, & 23-3045

Public Interest Legal Foundation,
   Appellant in 23-1591

v.

Secretary Commonwealth of Pennsylvania;
   Jonathan M. Marks,
      Appellants in 23-1590 & 23-3045

(M.D. Pa. No. 1:19-cv-00622)

Present: RENDELL, Circuit Judge

1. Motion for Leave by America First Policy Institute for Leave to File Brief Amicus Curiae in Support of Appellee/Cross Appellant's Petition for Rehearing En Banc;

2. Motion for Leave by Restoration News for Leave to File Brief Amicus Curiae in Support of Appellee/Cross Appellant's Petition for Rehearing En Banc;

3. Response in Opposition by Appellants/Cross-Appellees Secretary Commonwealth of Pa and Jonathan Marks to Motions for Leave to File Amicus Curiae Brief in Support of Appellee/Cross Appellant's Petition for Rehearing En Banc.

                                  Respectfully,
                                  Clerk/pdb

_____ORDER_____
The foregoing motions are granted.

                                  By the Court,

                                  s/ Marjorie O. Rendell
                                  Circuit Judge

Dated: June 18, 2025
PDB/cc: All Counsel of Record